HELEN M. O'BRIEN, Appellant, v. SPINNSTOFFFABRIK ZEHLENDORF GESELLSCHAFT MIT BESCHRANKTER HAFTUNG, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and application for examination by open commission denied. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

MARY MIRITELLO, Respondent, v. DOMINICK MIRITELLO, Appellant.— Order reversed and motion granted by reducing the amount of alimony directed to be paid by the defendant to plaintiff to the sum of fifteen dollars per week. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

SAMUEL BROOKS, Appellant, v. RAPHAEL GOPERSTEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve the reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JAMES L. ANDREWS and H. ALSTON JEFFERS, as Partners, etc., Appellants, v. FLORENCE L. SCHEPP and Others, as Executors, etc., of LEOPOLD SCHEPP, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

ABRAHAM PLOTKIN v. ADOLPH BERKOWITZ, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

MAX SIEGEL v. KATHNAD HOLDING CORPORATION and Others, and SARVISKY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of ABRAHAM MITCHELL against RUBIN SPERLING and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

WORLD EXCHANGE BANK v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

SETH SEIDERS, INC., v. SPENCER, WHITE & PRENTIS, INC., Impleaded with Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

H. SHERWOOD NORRIS v. LOUIS CASAZZA and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

WILLIAM STEVENS v. LIBBIE W. LEVINE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

DAN GROSSMAN v. ALFRED H. NEWBURGER and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.